IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 2 3 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 17-30140-DRH |
| vs. ) | |
| ) | |
| CODY DELAO, ) | Title 18 United States Code |
| ) | Section 1791(a)(2) |
| Defendant. ) | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
**(Possessing Contraband in Prison)**

On or about May 25, 2017, in Bond County, within the Southern District of Illinois,

**CODY DELAO,**

defendant herein, while an inmate at FCI Greenville, did willfully and knowingly attempt to obtain and possess a prohibited object, to-wit: Suboxone, a narcotic drug.

All in violation of Title 18, United States Code, Section 1791(a)(2).

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention